# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 APR -1 A 11: 49
CLERK OF COURT

(Full name of plaintiff(s))

Jamie Lynn Nicolai

v.

Case Number:

**21-C-0414**

(to be supplied by Clerk of Court)

(Full name of defendant(s))

State of Wisconsin

DCF- Dept. of Children and Families

CPS- Children's Hospital

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   1129 N. 21st St. Milwaukee, WI 53233
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant(s) (N/A) as listed above

is (if a person or private corporation) a citizen of United States of America (Name)

Complaint – 1
Case 2:21-cv-00414-NJ   Filed 04/01/21   Page 1 of 5   Document 1

and (if a person) resides at __State of Wisconsin__ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for: __State of Wisconsin__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Letter of injustice and grievence to the U.S. Supreme court district 1: Let it be known to all that I, Jamie Lynn Nicolai, explicitly reserves all my rights pursuant to · UCC 1-308 (which was formerly UCC 1-207) Further, let all be advised that all actions commenced against me may be in violation of · USC TITLE 18> PART1> CHAPTER 13> 242 Deprivation of rights

under the color of law. USC TITLE 18 > PART 1 > CHAPTER 13 > 241 Conspiracy against rights (against family members) Wherefore all have been given proper and sufficient legal notice and 4 pages of documentation as Notice and Notification of Reservation of rights UCC 1-308/1-207 as a public communication to all including successors and assigns was certified mailed on 3/5/2021. Certified mail receipt was mailed USPS as follows: W/Attorney General Josh Kohl 7020 0640 0000 4056 4291, WI Governor Tony Evers 7020 0640 0000 4056 4284, Distric Attorney VP Philips Childrens Court 7020 0640 0000 4056 4277, CPS Children's Hospital 7020 0640 0000 4056-4260, DCF Department of Children and Families 7020 0640 0000 4056 4256.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

~~OR~~ And

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _100 million_ dollars — Working in Arbitrary law against chapter 48 Child and Family Law

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Attached Documentation in Notice given to all parties. pages 1-4.

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __1st__ day of __April__ 20__21__.

Respectfully Submitted,

_____
Signature of Plaintiff

__414-467-3280__
Plaintiff's Telephone Number

__jamienicolai00@gmail.com__
Plaintiff's Email Address

__129 N. 21st St.__

__Milwaukee, WI 53233__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.